IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

              v.                                           24-MJ-1139-JJM

NEIL McCARTHY,

            Defendant.

_____

## MOTION TO DISMISS

Pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses the Criminal Complaint in this case without prejudice.

                                        TRINI E. ROSS
                                        United States Attorney

DATED:  January 2, 2025
       Buffalo, New York,         BY:    */s/ CHARLES M. KRULY*
                                          CHARLES M. KRULY
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Western District of New York
                                          138 Delaware Avenue
                                          Buffalo, New York 14202
                                          716-843-5838
                                          Charles.kruly@usdoj.gov

**IT IS SO ORDERED.**

DATED: January _____, 2025
       Buffalo, New York           _____
                                 HON. JEREMIAH J. McCARTHY
                                 UNITED STATES MAGISTRATE JUDGE